DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AIDA LLORENTE,**
Appellant,

v.

**BRILL & ASSOCIATES, P.L.,** d/b/a **BRILL & RINALDI, THE LAW FIRM,** and **CARLOS LLORENTE,**
Appellee.

No. 4D16-2487

[November 9, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE14012242.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, and Alex J. Llorente, Laguna Hills, California, for appellant.

Joel S. Perwin of Joel S. Perwin, P.A., Miami, David W. Brill of Brill & Rinaldi, The Law Firm, Weston, and Carlos M. Llorente, Plantation, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***